# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-7102**                       **September Term, 2022**

**1:20-cv-02645-RJL**

**Filed On: March 2, 2023**

Small Business In Transportation Coalition,

       Appellant

       v.

Muriel Bowser, in her official capacity as
Mayor of the District of Columbia, et al.,

       Appellees

       **BEFORE:**    Millett, Pillard, and Childs, Circuit Judges

## O R D E R

Upon consideration of appellees' motion to strike appellant's final brief, which the court construes as covering appellant's corrected final brief, and the opposition thereto, it is

**ORDERED** that the motion to strike be granted to the extent that those portions of appellant's corrected final brief that introduce new arguments not presented in the initial brief be stricken, specifically pages 23-32. In cases where the parties opt to use a deferred appendix, Federal Rule of Appellate Procedure 30(c)(2)(B) permits parties to file an initial brief with appropriate references to the pertinent pages of the record and then to file final briefs, within 14 days after the appendix is filed, that "contain references to the pages of the appendix in place of or in addition to the references to the pertinent pages of the record." Fed. R. App. P. 30(c)(2)(B). "Except for the correction of typographical errors, no other changes may be made to the brief." <u>Id.</u> Appellant's corrected final brief does not comply with Federal Rule of Appellant Procedure 30(c)(2)(B) because it contains two additional arguments that did not appear in the initial opening brief, but rather appeared for the first time in the reply brief. <u>See</u> Coalition Corrected Br. 23–32 (arguing that the district court erred in evaluating whether the mural was government speech and failed to consider Appellant's claim of viewpoint discrimination). Though the court strikes the newly raised arguments, we will duly consider the arguments properly raised in the initial brief.

### Per Curiam

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                        BY:     /s/
                              Michael C. McGrail
                              Deputy Clerk